JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant,
SUSAN K. POWELL

\*\*E-filed 10/4/06\*\*

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR-04-20179 JF |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND [proposed] ORDER THEREON |
| vs. | |
| SUSAN K. POWELL and MICHAEL J. JOHNSTON, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between attorneys for Defendant SUSAN K. POWELL and the UNITED STATES OF AMERICA, that the disposition hearing currently scheduled for October 4, 2006, be continued until November 15, 2006, at 9:00 am., in order to work out the final terms of the plea agreement, and that counsel for SUSAN K. POWELL has a federal criminal trial set for October 10, 2006, which is scheduled for 14 days.

The parties further agree that time should be excluded under the Speedy Trial Act until the next hearing of this matter, that the ends of justice outweigh the Defendants' and the public's need for a speedy trial.

IT IS SO STIPULATED.

///

1  DATED:  September 28, 2006          CAREY & CAREY

3                                       /s/
   JERRY Y. FONG, Attorneys for
4  Defendant SUSAN K. POWELL

7  DATED:  _____, 2006          /S/
   PAUL MELTZER, Attorneys for
8  Defendant MICHAEL J. JOHNSTON

11 DATED:  _____, 2006   UNITED STATES OF AMERICA,

14                                       /S/
   JEFFREY D. NEDROW,
   Assistant U.S. Attorney

17                          ORDER

18  GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered, adjudged, and decreed that the disposition hearing presently set for October 4, 2006, be continued until November 15, 2006, at 9:00 a.m.

21  Pursuant to the parties' stipulation, it is further ordered that the period of time from October 4, 2006 to November 15, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. §3161 et seq.

25  DATED:  10/4/06    , 2006

   _____
   UNITED STATES DISTRICT COURT JUDGE
   Jeremy Fogel