JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant,
SUSAN K. POWELL

RECEIVED
2008 APR 23 PM 3:09
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Filed
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-04-20179 JF |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |
| vs. | |
| SUSAN K. POWELL and MICHAEL J. JOHNSTON, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between attorneys for Defendant SUSAN K. POWELL and attorneys for Defendant MICHAEL J. JOHNSTON, and the UNITED STATES OF AMERICA, that the date set for judgment and sentence, currently scheduled for May 14, 2008, at 10:00 am be continued until July 16, 2008, at 10:00 am. Due to the complexity of this case, and the trial and hearing calendars of the defense attorneys, the presentence interviews have not taken place, and therefore, the presentence reports have yet to be prepared.

IT IS SO STIPULATED.

DATED: April 14, 2008          CAREY & CAREY

                                              *[signature]*
                                              JERRY Y. FONG, Attorneys for
                                              Defendant SUSAN K. POWELL

1
STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE

Apr 21 2008 4:07PM Law Offices of Paul B. Me 831 6-2743 p.3
US ATTORNEY OFFICE Fax Apr 21 2008 05:10pm P003/003
Case 5:04-cr-20179-JF Document 57 Filed 04/29/08 Page 2 of 2
04/14/2008 16:11 FAX 6503533632 CAREY & CAREY ☒003

DATED: _____, 2006

PAUL MELTZER, Attorneys for
Defendant MICHAEL J. JOHNSTON

DATED: 4/21, 2008

UNITED STATES OF AMERICA,

JEFFREY D. NEDROW,
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered, adjudged, and decreed that the judgment and sentence of both Defendant POWELL and Defendant JOHNSTON presently set for May 14, 2008, be continued until July 16, 2008, at 10:00 a.m.

IT IS SO ORDERED.

DATED: 4/28, 2008

HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

2