JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant,
SUSAN K. POWELL

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.   CR-04-20179 JF |
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND [proposed] ORDER THEREON |
| vs. | |
| SUSAN K. POWELL and MICHAEL J. JOHNSTON, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between attorneys for Defendant SUSAN K. POWELL and attorneys for Defendant MICHAEL J. JOHNSTON, and the UNITED STATES OF AMERICA, that the date set for judgment and sentence, currently scheduled for October 29, 2008, at 10:00 am be continued until December 3, 2008, at 10:00 am.

The parties and the probation officer are scheduling a meet and confer session as part of their on-going efforts to try to resolve the issue of the loss calculation in this case. The parties anticipate that their efforts will result in the narrowing of disputed issues and in greater efficiency with the presentation of issues for sentencing.

December 3, 2008 is the first date available on all of the parties' calendars.

///

///

1     IT IS SO STIPULATED.

3     DATED:  October 15, 2008          CAREY & CAREY

5                                        _____/s/_____
      JERRY Y. FONG, Attorneys for
6     Defendant SUSAN K. POWELL

9     DATED:  ___10/15____, 2008         _____/s/_____
      PAUL MELTZER, Attorneys for
10    Defendant MICHAEL J. JOHNSTON

13    DATED:  ___10/15____, 2008        UNITED STATES OF AMERICA,

16                                       _____/s/_____
      JEFFREY D. NEDROW,
      Assistant U.S. Attorney

19                            ORDER

20    GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered, adjudged, and decreed that the judgment and sentence of both Defendant POWELL and Defendant JOHNSTON presently set for October 29, 2008, be continued until December 3, at 10:00 a.m.

      IT IS SO ORDERED.

26    DATED:  ___10/27____, 2008        _____
      HON. JEREMY FOGEL
      UNITED STATES DISTRICT COURT JUDGE