JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   Fax: (408) 535-5066
   Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 04-20179-JF |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| v. | |
| SUSAN POWELL, | |
| Defendant. | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Susan Powell, through her counsel Jerry Y. Fong, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for Wednesday, December 3, 2008 to Wednesday, February 18, 2009 at 10:00 a.m.

    The parties agree that the following reasons exist for this continuance:

    Susan Powell and the government have provided information to the Probation Office for its consideration in completing the Presentence Report and making a sentencing recommendation in this case. Both parties have an interest in a careful review of this information in light of its potential impact on the sentencing hearing. The probation office requires additional

//

//

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                       1

1  time to assess this information and complete the Presentence Report. Accordingly, a continuance
2  is requested. The probation officer has been notified of this proposed continuance.
3
4                                      Respectfully submitted,
5
6  November 20, 2008                   _____/s/_____
7                                      JERRY Y. FONG
                                       Counsel for Susan Powell
8
9  November 20, 2008                   _____/s/_____
10                                     JEFFREY D. NEDROW
                                       Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                  2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 04–20179-JF |
| Plaintiff, | ) ) ) | ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | |
| SUSAN POWELL, | ) ) | |
| Defendant. | ) ) | |

Based on the stipulation of the parties and the facts set forth in the stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from December 3, 2008 to February 18, 2009 at 10:00 a.m.

DATED:   11/26/08

_____
JEREMY FOGEL
United States District Judge

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                                  3