| | |
|---|---|
| 1 | PAUL B. MELTZER (State Bar No. 077425) |
| | LAW OFFICES OF PAUL B. MELTZER |
| 2 | A Professional Corporation |
| | 511 Water Street |
| 3 | Santa Cruz, California 95060 |
| | Telephone:   (831) 426-6000 |
| 4 | |
| 5 | Attorneys for Defendant, MICHAEL JOHNSTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 04 20179-JF |
| Plaintiff, | |
| vs. | |
| MICHAEL JOHNSTON | Date: February 18th, 2009 |
| SUSAN POWELL, | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy Fogel |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the sentencing in the above matter from February 18th, 2009 at 10:00 a.m. to May 6th, 2009 at 10:00 a.m. This continuance is requested in order to allow a meet and confer with Probation, the U.S. Attorney and the Defense regarding factual issues relevant to the loss.

In light of these facts, the parties agree that the time between February 18th, 2009 and May 6th, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18,

United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier hearing, specifically based on the fact that defendant Johnston's counsel, probation and the U.S. Attorney need to resolve factual issues related to the loss involved in this case. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the defendants effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Status Conference date of February 18th, 2009 at 10:00 a.m. be vacated and the matter be continued to May 6th, 2009 at 10:00 a.m.

**THE PARTIES SO STIPULATE.**

Dated: February_____, 2009         LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER, Attorney for
Defendant, MICHAEL JOHNSTON

2

```
 1  Dated: February 2, 2009          CAREY & CAREY
 2
 3
 4
 5                                    /s/ Jerry Fong
 6                                    JERRY FONG, Attorney for
                                      Defendant, SUSAN POWELL
 7
 8
 9
10  Dated: February ___, 2009         UNITED STATES ATTORNEY'S OFFICE
11
12
13
14                                    _____
15                                    JEFFREY NEDROW, A.U.S.A.
16
17
18
19
20
21
22
23
24
25
26
27
28
```

3

```
 1  Dated: February _____, 2009          CAREY & CAREY
 2
 3
 4
 5
 6                                       _____
                                         JERRY FONG, Attorney for
 7                                       Defendant, SUSAN POWELL
 8
 9
10  Dated: February   2  , 2009          UNITED STATES ATTORNEY'S OFFICE
11
12
13
14
15                                       _____
                                         JEFFREY NEDROW, A.U.S.A.
16
17
18
19
20
21
22
23
24
25
26
27
28
```

~~[PROPOSED]~~ O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for February 18th, 2009 be vacated and the matter be reset for May 6th, 2009 at 10:00 a.m.

In light of these facts, the Court finds that the time between February 18th, 2009 and May 6th, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier hearing, specifically based on the fact that counsel, Probation and the U.S. Attorney need to resolve factual issues regarding the loss involved in this case. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the defendants effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: February _____, 2009

_____
HON. JEREMY FOGEL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

4