1  PAUL B. MELTZER (State Bar No. 077425)
   LAW OFFICES OF PAUL B. MELTZER
2  A Professional Corporation
   511 Water Street
3  Santa Cruz, California 95060
   Telephone:     (831) 426-6000
4
5  Attorneys for Defendant, MICHAEL JOHNSTON
6
7
8              UNITED STATES DISTRICT COURT
9       NORTHERN DISTRICT OF CALIFORNIA- SAN JOSE DIVISION
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 04 20179-JF |
| Plaintiff, | |
| vs. | Date: May 6th, 2009 |
| MICHAEL JOHNSTON | Time: 9:00 a.m. |
| SUSAN POWELL, | Judge: Hon. Jeremy Fogel |
| Defendants. | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the sentencing in the above matter from May 6th, 2009 at 9:00 a.m. to July 8th, 2009 at 9:00 a.m. This continuance is requested in order to allow a meet and confer with Probation, the U.S. Attorney and the Defense regarding factual issues relevant to the loss.

In light of these facts, the parties agree that the time between May 6th, 2009 and July 8th, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18,

United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier hearing, specifically based on the fact that defendant Johnston's counsel, probation and the U.S. Attorney need to resolve factual issues related to the loss involved in this case. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the defendants effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Status Conference date of May 6th, 2009 at 9:00 a.m. be vacated and the matter be continued to July 8th, 2009 at 9:00 a.m.

**THE PARTIES SO STIPULATE.**

Dated: April 7, 2009                    LAW OFFICES OF PAUL B. MELTZER

                                        _____
                                        PAUL B. MELTZER, Attorney for
                                        Defendant, MICHAEL JOHNSTON

Dated: April _____, 2009          CAREY & CAREY


_____
JERRY FONG, Attorney for
Defendant, SUSAN POWELL


Dated: April __8__, 2009          UNITED STATES ATTORNEY'S OFFICE


_____
JEFFREY NEDROW, A.U.S.A.

3

1  Dated: April 8, 2009           CAREY & CAREY

2

3

4

5

6                                 _____
                                  PERRY FONG, Attorney for
7                                 Defendant, SUSAN POWELL

8

9

10 Dated: April ____, 2009         UNITED STATES ATTORNEY'S OFFICE

11

12

13

14

15                                _____
                                  JEFFREY NEDROW, A.U.S.A.
16

17

18

19

20

21

22

23

24

25

26

27

28
                                         3

# [PROPOSED] O R D E R

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for May 6th, 2009 be vacated and the matter be reset for July 8th, 2009 at 9:00 a.m.

In light of these facts, the Court finds that the time between May 6th, 2009 and July 8th, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier hearing, specifically based on the fact that counsel, Probation and the U.S. Attorney need to resolve factual issues regarding the loss involved in this case. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the defendants effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

SO ORDERED.

Dated: April __24__, 2009

HON. JEREMY FOGEL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

4