JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CASBN 161299)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   Fax: (408) 535-5066
   Email: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.: CR 04-20179-JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUANCE OF SENTENCING HEARING |
| v. | ) | |
| SUSAN POWELL and MICHAEL JOHNSTON, | ) | |
| Defendants. | ) | |

    The United States, through its counsel Jeffrey Nedrow, and defendant Susan Powell, through her counsel Jerry Fong, and Michael Johnston, through his counsel Paul Meltzer, hereby agree and stipulate to a continuance of the sentencing hearing in this case scheduled for August 20, 2009 to October 15, 2009 at 9:30 a.m.

    The parties agree that the following reasons exist for this continuance:

    At the prior hearing on this matter on August 12, 2009, the Court expressed an interest in taking evidence on the question of the loss calculation. The government intends to call one or more witnesses with respect to the loss issue. The original case agent in this case has changed investigative agencies and is unavailable for much of the next month. To ensure his availability to testify, the government respectfully requests the Court schedule the matter for October 15, 2009 at 9:30 a.m. The government understands that defense counsel, the Probation Office, and

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                               1

1 | the victims in this case are all available to proceed with the sentencing hearing on that date.
2 | Respectfully submitted,
3 |
4 | August 24, 2009        _____/s/_____
5 | JERRY FONG
  | Counsel for Susan Powell
6 |
7 | August 24, 2009        _____/s/_____
  | PAUL MELTZER
  | Counsel for Michael Johnston
8 |
9 | August 24, 2009
10 |                       _____/s/_____
  | JEFFREY D. NEDROW
  | Assistant United States Attorney
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                   2

1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,           )    No.: CR 04-20179-JF
                                         )
11              Plaintiff,                )    ORDER CONTINUING
                                         )    <u>SENTENCING HEARING</u>
12        v.                              )
                                         )
13   SUSAN POWELL and                     )
     MICHAEL JOHNSTON,                    )
14                                        )
                Defendants.               )
15   _____)

16
        Based on the stipulation of the parties and the facts set forth in the stipulation between the
17
parties, and good cause appearing,
18
        IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from
19
August 20, 2009 to October 15, 2009 at 9:30 a.m.
20
21
22
     DATED: 8/25/09                              _____
23                                               JEREMY FOGEL
                                                 United States District Judge
24
25
26
27
28

STIPULATION RE: CONTINUANCE
CR 04-20179-JF                                   3