```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CSBN 161299)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5045
Facsimile:  (408) 535-5066
Email: jeff.nedrow@usdoj.gov
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>SUSAN POWELL, 　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant. 　　　　　　　)<br>_____ ) | No. CR 04-20179-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: FINAL ORDER OF<br>RESTITUTION |

　　　　The parties, by and through their counsel of record, hereby stipulate to the entry of a final order of restitution in the amount of $350,001 as to defendant Susan Powell in this case. The restitution shall be paid to 24-Hour Fitness. This restitution order is imposed jointly and severally upon defendant Susan Powell and co-defendant Michael Johnston.

```
                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

October 14, 2009                          /s/
                                    JEFFREY D. NEDROW
                                    Assistant United States Attorney

October 14, 2009                          /s/
                                    JERRY FONG
                                    Attorney for Susan Powell
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-20179-JF |
| | ) | |
| Plaintiff, | ) | FINAL ORDER RE: RESTITUTION |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, IT IS HEREBY ORDERED that the final order of restitution in this case shall be $350,001 as to defendant Susan Powell in this case. The restitution shall be paid to 24-Hour Fitness. This restitution order is imposed jointly and severally upon defendant Susan Powell and co-defendant Michael Johnston.

DATE: 10/15/09

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE