PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, MICHAEL JOHNSTON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-04-20179-JF |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| vs. ) | |
| SUSAN K. POWELL and ) MICHAEL J. JOHNSTON, ) | Judge: The Honorable Jeremy Fogel |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the November 18, 2009 Sentencing at 10:00 a.m. previously set forth in the matter of MICHAEL JOHNSTON and SUSAN POWELL to December 9, 2009 at 10:00 a.m. for Sentencing. This will allow the attorneys to further negotiate the payment of restitution. Jerry Fong reports that all parties (U.S. Attorney, Victim and Defense Counsel) have been contacted and do not object.

The parties agree that the time between November 18, 2009 to December 9, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public.

//
//
//
//

STIPULATION TO CONTINUE - 1

1  //

2  Therefore, it is respectfully requested that the previously set Sentencing Hearing of November 18, 2009 be

3  vacated and a Sentencing Hearing be set for December 9, 2009 at 10:00 a.m.

4  THE PARTIES SO STIPULATE.

5  Dated: November 3, 2009

6  UNITED STATES ATTORNEY

7  _____
   JEFF D. NEDROW, A. U.S.A.

8

9  Dated: November ___, 2009

   LAW OFFICES OF PAUL B. MELTZER

10

11 _____
   PAUL B. MELTZER, Attorney for
   Defendant, MICHAEL JOHNSTON.

12

13 Dated: November ___, 2009

   CAREY & CAREY

14

15 _____
   JERRY Y. FONG, Attorney for
   Defendant, SUSAN POWELL.

16

STIPULATION TO CONTINUE - 2

1  //

2  Therefore, it is respectfully requested that the previously set Sentencing Hearing of November 18, 2009 be

3  vacated and a Sentencing Hearing be set for December 9, 2009 at 10:00 a.m.

4  THE PARTIES SO STIPULATE.

Dated: November ____, 2009                    UNITED STATES ATTORNEY

                                              _____
                                              JEFF D. NEDROW, A. U.S.A.

Dated: November 2, 2009                       LAW OFFICES OF PAUL B. MELTZER

                                              _____
                                              PAUL B. MELTZER, Attorney for
                                              Defendant, MICHAEL JOHNSTON.

Dated: November 3, 2009                       CAREY & CAREY

                                              _____
                                              JERRY Y. FONG, Attorney for
                                              Defendant, SUSAN POWELL.

STIPULATION TO CONTINUE - 2

1
2
3
4
5
6
7
8

9                                  [PROPOSED] O R D E R

10      **Good cause shown, therefore, IT IS HEREBY ORDERED** that the November 18, 2009 Sentencing at

11   10:00 a.m. previously set forth in the matter of MICHAEL JOHNSTON and SUSAN POWELL is continued to

12   December 9, 2009 at 10:00 a.m. for Sentencing. It is also ordered that the time between November 18, 2009 to

13   December 9, 2009 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, §

14   3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv).

15      SO ORDERED.

16   Dated: November 12, 2009

17                                         _____
                                           HON. JEREMY FOGEL, DISTRICT JUDGE
18                                         UNITED STATES DISTRICT COURT

19
20
21
22
23
24
25
26
27
28